United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-16030-ref
Penny Lynn Fusner                                                     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Violet              Page 1 of 2              Date Rcvd: Feb 05, 2018
                              Form ID: 152              Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2018.
db             +Penny Lynn Fusner,    1138 North 11th Street,    Reading, PA 19604-2126
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
14001730        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
13979433       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
13979434       +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
13979435       +Arcadia,    645 Penn St,    Reading, PA 19601-3543
13979436       +Brank Banking and Trust Company,    123 S Broad St,    Suite 1400,    Philadelphia, PA 19109-1060
13979437      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
14016440        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13998635       +Citizens Bank of Pennsylvania,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
13979439       +Citizens One,    10561 Telegraph Rd,    Glen Allen, VA 23059-4577
13979441       +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
13998595       +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
14007652       +Fifth Third Bank,    c/o KML Law Group, P.C.,    710 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-2312
13979442       +I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
13979444       +Midwest Recovery Syste,    2747 W Clay St Ste A,    Saint Charles, MO 63301-2557
13979445       +Rui Credit Services In,    1305 Walt Whitman Rd Ste,    Melville, NY 11747-4849
13979446       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
14005101       +Thopkins Vist Bank,    1210 Rockland St.,    Reading, PA 19604-1522
13979447        U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Feb 06 2018 02:24:26      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2018 02:24:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 06 2018 02:24:36      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 02:26:35      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14005962       +E-mail/Text: bnc@atlasacq.com Feb 06 2018 02:23:43      Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
13982949        E-mail/Text: bankruptcy@bbandt.com Feb 06 2018 02:23:49      BB&T,    PO Box 1847,
                 Wilson, NC 27894
13982845        E-mail/Text: mrdiscen@discover.com Feb 06 2018 02:23:42      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13979440       +E-mail/Text: mrdiscen@discover.com Feb 06 2018 02:23:42      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13979443       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 06 2018 02:24:18      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14009878        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2018 02:26:28
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13980814       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2018 02:26:28
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14031016        E-mail/Text: appebnmailbox@sprint.com Feb 06 2018 02:24:17      Sprint Corp,
                 Attention: Bankruptcy,    PO Box 7949,    Overland Park, KS 66207-0949
13979438        E-mail/Text: creditreconciliation@peoples.com Feb 06 2018 02:24:20      Citizens Bank,
                 1000 Lafayette Blvd,    Bridgeport, CT 06604
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
13979448*       U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
                                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: Violet              Page 2 of 2                   Date Rcvd: Feb 05, 2018
                              Form ID: 152              Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2018 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Penny Lynn Fusner tobykmendelsohn@comcast.net
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              MARY F. KENNEDY    on behalf of Creditor    CITIZENS BANK OF PENNSYLVANIA mary@javardianlaw.com,
               tami@javardianlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Penny Lynn Fusner
    Debtor(s)

Case No: 17–16030–ref
Chapter: 13

___

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 4/5/18 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

30
Form 152