UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PA

IN RE: Penny Fusner                                         Chapter 13

Debtor                                                      Case No: 17-16030-REF

ADDENDUM TO THE SECOND AMENDED PLAN

  Debtor, by and through her counsel, Brenna H. Mendelsohn, Esq. and Mendelsohn & Mendelsohn, P.C. hereby files this addendum to the Second Amended Plan as follows:

The total funding should be $32,801.93 and will be a 60 month Plan.

Debtor will receive credit for the $1,100.00 paid to date.

Starting in March 2018, Debtor to pay $275.00 for 12 months.

Starting in March 2019, Debtor will pay $660.51 per month, for the balance of the Plan which represents 43 remaining months.

With respect to claim # 5, filed by Fifth Third Bank, the total secured claim of $4,980.00 will be paid off via the Plan.  Creditor will get interest of %6.25 on the total claim over the Plan length so the Trustee will pay creditor the total amount of $5,811.60 via the Plan.  The remaining portion of the claim will be considered unsecured and paid pro rata if disposable income is determined.

                                                            Respectfully submitted:

Dated:  April 4, 2018                                       /s/ Penny Fusner


Acceptance may be mailed to:                    /s/ Brenna H. Mendelsohn, Esq.

                                                637 Walnut Street, Reading, PA 19601

                                                Attorney for Debtor