United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Penny Lynn Fusner  
    Debtor

Case No. 17-16030-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Apr 05, 2018  
                 Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2018.  
db          +Penny Lynn Fusner,   1138 North 11th Street,   Reading, PA 19604-2126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2018 at the address(es) listed below:  
        BRENNA HOPE MENDELSOHN    on behalf of Debtor Penny Lynn Fusner tobykmendelsohn@comcast.net  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        MARY F. KENNEDY    on behalf of Creditor   Citizens Bank of Pennsylvania mary@javardianlaw.com, tami@javardianlaw.com  
        MARY F. KENNEDY    on behalf of Creditor   CITIZENS BANK OF PENNSYLVANIA mary@javardianlaw.com, tami@javardianlaw.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com  
        ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE RRamos-Cardona@fredreiglech13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                     TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Penny Lynn Fusner
      Debtor(s)

Chapter: 13
Bankruptcy No: 17−16030−ref

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 5th day of April 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                            Richard E. Fehling
                            Chief Judge ,
                            United States Bankruptcy Court