United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Penny Lynn Fusner  
    Debtor

Case No. 17-16030-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: SaraR      Page 1 of 1      Date Rcvd: Jul 18, 2018  
                 Form ID: pdf900      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2018.
```
db             +Penny Lynn Fusner,    1138 North 11th Street,     Reading, PA 19604-2126
cr              Berks County Tax Claim Bureau,    2nd Flr., County Services Center,    633 Court St.,
                 Reading, PA  19601-4300
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bnc@atlasacq.com Jul 19 2018 02:12:48      Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2018 02:17:38      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 2
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2018 at the address(es) listed below:
```
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Penny Lynn Fusner tobykmendelsohn@comcast.net
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              MARY F. KENNEDY    on behalf of Creditor    CITIZENS BANK OF PENNSYLVANIA mary@javardianlaw.com,
               tami@javardianlaw.com
              MARY F. KENNEDY    on behalf of Creditor    Citizens Bank of Pennsylvania mary@javardianlaw.com,
               tami@javardianlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

LAW OFFICE OF GREGORY JAVARDIAN, LLC
By Mary F. Kennedy, Esquire
Attorney I.D. # 77149
1310 Industrial Blvd.
1st Floor, Suite 101
Southampton, PA 18966
(215) 942-9690
Attorney for Citizens Bank of Pennsylvania

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> Penny Lynn Fusner <br> Debtor(s) | Chapter 13 Proceeding <br><br> 17-16030 REF |

### STIPULATION BY AND BETWEEN PENNY LYNN FUSNER AND CITIZENS BANK OF PENNSYLVANIA

WHEREAS, the parties hereto, and their respective counsel, have agreed as to the disposition of the Motion for Relief from the Automatic Stay filed by Mary F. Kennedy on behalf of mortgagee, Citizens Bank of Pennsylvania ("Movant").

NOW, THEREFORE, intending to be legally bound, the parties hereto, herewith stipulate as follows:

1. Movant is a mortgagee and holder of a perfected, secured claim against the Debtor pursuant to a Note and Mortgage on Debtor's real estate known as at 1138 N. 11th Street, Reading, PA 19604.

2. Upon approval by the United States Bankruptcy Court of the within Stipulation, Debtor and secured creditor, Citizens Bank of Pennsylvania, agree to the following:

    (a) Debtor(s) acknowledges that the current regular monthly post-petition mortgage payment is $553.33 per month. The monthly payment is

{00521980}                                                           1

subject to change in accordance with the terms of the Note and Mortgage.

(b) Debtor(s) acknowledge that debtor(s) is currently due for the following amounts post-petition:

| | |
|---|---|
| 11/19/2017 payment | $505.58 |
| 12/19/2017 payment | $537.95 |
| 1/19/2018 payment | $518.53 |
| 2/19/2018 payment | $525.00 |
| 3/19/2018 Payment | $535.59 |
| 4/19/2018 Payment | $515.14 |
| 5/19/2018 Payment | $521.96 |
| 6/19/2018 Payment | $553.33 |
| Motion for Relief Attorney Fees and Costs | $1,031.00 |
| TOTAL | $5,244.08 |

(c) Commencing with the July 19, 2018 payment the Debtor(s) shall resume and shall continue to make all regular monthly post petition mortgage payments when they are due in accordance with said Note and Mortgage.

(d) Within fifteen (15) days of the Court's approval of this Stipulation, Debtor(s) shall file a Motion to amend the Plan to provide for the payment of the post-petition arrears of $5,244.08 to Movant through the Plan.

(e) Within fifteen (15) days of the Court's approval of this Stipulation Movant shall amend its Proof of Claim to add the $5,244.08 in post-petition arrears to its arrears claim.

(f) The provisions of the Stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this

{00521980}    2

Stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

(g) The Debtor(s) shall timely tender all payments and comply with all conditions in accordance with this Stipulation. If such payments or conditions are not timely made, Movant may provide the Debtor(s) and their counsel with fifteen (15) days written notice of default. If the default is not cured within the fifteen (15) day period, Movant may certify the default to this Court and an Order shall be entered granting Citizens Bank of Pennsylvania its successors and/or assigns relief from the automatic stay without further notice and hearing.

(h) Should Citizens Bank of Pennsylvania its successors and/or assigns be granted relief from the stay after filing a Certification of Default in accordance with paragraph 2(g) above, the parties agree that the said relief order shall include the following language: "Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non Bankruptcy law." Debtor(s) have the right to object to any certificate of default filed by Movant.

{00521980}    3

(i) The parties agree that a facsimile may be submitted to the Court as if it were an original.

STIPULATED AND AGREED TO BY:

_____    Date: 7/12/18
Brenna Hope Mendelsohn, Esquire
Attorney for Debtor, Penny Lynn Fusner

_____    Date: 7/12/18
Mary F. Kennedy, Esquire
Attorney for Citizens Bank of Pennsylvania

_____ for    Date: 7/12/18
Frederick L. Reigle, Esquire
Trustee

On this ___ day of _____, 2018, approved by the Court.

**Date: July 18, 2018**

_____
United States Bankruptcy Judge
Richard E. Fehling

cc:   Mary F. Kennedy, Esquire
      1310 Industrial Blvd.
      1st Floor, Suite 101
      Southampton, PA 18966

      Brenna Hope Mendelsohn, Esquire
      Mendelsohn & Mendelsohn, PC
      637 Walnut Street
      Reading, PA 19601

      Frederick L. Reigle, Esquire
      2901 St. Lawrence Avenue
      PO Box 4010
      Reading, PA 19606

{00521980}                                4