UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PA

| | |
|---|---|
| IN RE: Penny Fusner | Chapter 13 |
| Debtor | Case No: 17-16030-REF |

ADDENDUM TO THE THIRD AMENDED PLAN

Debtor, by and through her counsel, Brenna H. Mendelsohn, Esq. and Mendelsohn & Mendelsohn, P.C. hereby files this addendum to the Third Amended Plan as follows:

The total funding will be $39,510.50 and will be a 60 month Plan.

As to the claim of Citizens One Bank, the total arrears to be paid to the lender via the Trustee is pre-petition arrears in the amount of $12,969.80 and post-petition arrears in the amount of $5,244.08 for a total claim to be paid via the Plan of $18,213.88.

Respectfully submitted:

Dated: July 26, 2018                                     /s/ Penny Fusner

Acceptance may be mailed to:                 /s/ Brenna H. Mendelsohn, Esq.

637 Walnut Street, Reading, PA 19601

Attorney for Debtor