## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Penny Lynn Fusner, | : | Chapter 13 |
| Debtor | : | |
| | : | Bankruptcy No. 17-16030-ref |

### ORDER

AND NOW, upon the consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, and after notice and opportunity for hearing, it is hereby ORDERED and DECREED that the Fourth Amended Chapter 13 Plan (although the debtor's motion asks that I confirm debtor's third amended plan) is CONFIRMED.

BY THE COURT:

**Date: August 21, 2018**

_____
Richard E. Fehling
United States Bankruptcy Judge