IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br>     Penny Lynn Fusner <br>     Debtor(s) | Chapter 13 Proceeding <br><br> 17-16030 REF |

### ORDER

AND NOW, upon consideration of Citizens Bank of Pennsylvania's Certification of Default, it is hereby ORDERED AND DECREED that the Automatic Stay be modified to permit, Citizens Bank of Pennsylvania and/or its successors and assigns to obtain all Relief available under the Non-Bankruptcy law and its loan documents with regard to the property located at 1138 N. 11th Street, Reading, PA 19604.

Upon the order being granted and entered, Citizens Bank of Pennsylvania shall have the continuing authority to reasonably contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED AND DECREED, that Bankruptcy Rule 4001 (a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

BY THE COURT:

**Date: October 23, 2018**

_____
United States Bankruptcy Judge
Richard E. Fehling

Interested Parties:
Mary F. Kennedy, Esquire
Attorney for Citizens Bank of Pennsylvania

Brenna Hope Mendelsohn, Esquire
Attorneys for Debtor(s)

William Miller, Esquire
Trustee