United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-16030-ref
Penny Lynn Fusner                                               Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR           Page 1 of 1        Date Rcvd: Oct 23, 2018
                           Form ID: pdf900        Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2018.
db            +Penny Lynn Fusner,    1138 North 11th Street,    Reading, PA 19604-2126
cr             Berks County Tax Claim Bureau,    2nd Flr., County Services Center,    633 Court St.,
               Reading, PA  19601-4300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bnc@atlasacq.com Oct 24 2018 02:15:21      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
cr            +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2018 02:22:10      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                      TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2018 at the address(es) listed below:
          BRENNA HOPE MENDELSOHN   on behalf of Debtor Penny Lynn Fusner tobykmendelsohn@comcast.net
          MARY F. KENNEDY    on behalf of Creditor   CITIZENS BANK OF PENNSYLVANIA mary@javardianlaw.com,
           tami@javardianlaw.com
          MARY F. KENNEDY    on behalf of Creditor   Citizens Bank of Pennsylvania mary@javardianlaw.com,
           tami@javardianlaw.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Fifth Third Bank bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE
           RRamos-Cardona@fredreiglech13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                      TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        | Chapter 13 Proceeding
    Penny Lynn Fusner
        Debtor(s)                             | 17-16030 REF

ORDER

AND NOW, upon consideration of Citizens Bank of Pennsylvania's Certification of Default, it is hereby ORDERED AND DECREED that the Automatic Stay be modified to permit, Citizens Bank of Pennsylvania and/or its successors and assigns to obtain all Relief available under the Non-Bankruptcy law and its loan documents with regard to the property located at 1138 N. 11th Street, Reading, PA 19604.

Upon the order being granted and entered, Citizens Bank of Pennsylvania shall have the continuing authority to reasonably contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED AND DECREED, that Bankruptcy Rule 4001 (a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

BY THE COURT:

**Date: October 23, 2018**

_____
United States Bankruptcy Judge
Richard E. Fehling

Interested Parties:
Mary F. Kennedy, Esquire
Attorney for Citizens Bank of Pennsylvania

Brenna Hope Mendelsohn, Esquire
Attorneys for Debtor(s)

William Miller, Esquire
Trustee